```
 1 | ADAM WANG (SBN 201233)
   | DAL BON & WANG
 2 | 12 S FIRST STREET, SUITE 613
   | SAN JOSE, CA 95113
 3 | Tel: 408-292-1040
   | Fax: 408-292-1045
 4 | ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ZURITA, | Case No: C07-05729 RMW |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| MATERIAL IN MOTION, INC, and DOES 1-10 | |
| Defendants | |

Plaintiff demands a jury trial of causes of action alleged in his Complaint.

Dated: November 9, 2007                       By: /s/ Adam Wang
                                                  Adam Wang
                                                  Attorney for Plaintiff