| | |
|---|---|
| 1 | JOHN R. SHUMAN, JR. (Bar No. 100236) |
|   | Email: bob.shuman@dlapiper.com |
| 2 | **DLA PIPER US LLP** |
|   | 2000 University Avenue |
| 3 | East Palo Alto, CA  94303 |
|   | Tel:    650.833.2000 |
| 4 | Fax:   650.833.2001 |

TONYA M. CROSS (Bar No. CA 236867)
Email: tonya.cross@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA  92101
Tel:    619.699.3548
Fax:   619.699.2701

Attorneys for Defendants
MATERIAL IN MOTION, INC. and TED SALAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ZURITA, | CASE NO.  C07 05729 RMW PVT |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | **[LOCAL RULE 3-16]** |
| MATERIAL IN MOTION, INC., TED SALAH and DOES 1-10, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 12, 2008

DLA PIPER US LLP

By _____
JOHN R. SHUMAN, JR.
TONYA M. CROSS
Attorneys for Defendants
MATERIAL IN MOTION, INC. and TED SALAH