UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ZURITA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATERIAL IN MOTION, INC, TED SALAH, and DOES 1-10<br><br>　　　　Defendant. | CASE NO. C07-05729 RMW PVT<br><br>**CASE MANAGEMENT ORDER**<br><br>DATE:　March 14, 2008<br>TIME:　10:30 a.m.<br>DEPT:　6<br>JUDGE:　Ronald M. Whyte |

　　　　The Case Management Conference in the above-captioned matter was held on Friday, March 14, 2008, before the Honorable Ronald M. Whyte, Judge presiding in Department 6 of the above entitled court. Plaintiff appeared by Adam Wang of the Law Offices of Adam Wang. Defendants Material In Motion, Inc. and Ted Salah appeared telephonically by Tonya M. Cross of DLA Piper US LLP. The Court sets the following dates in this action:

　　1.　　Scheduling

　　　　(a)　　Fact discovery cutoff: September 5, 2008

　　　　(b)　　Expert reports due: October 3, 2008

　　　　(c)　　Expert rebuttal reports due: November 7, 2008

　　　　(d)　　Expert discovery cutoff: December 5, 2008

　　　　(e)　　Last day for hearing of dispositive motions: December 19, 2008

　　　　(f)　　Pretrial conference: January 22, 2009

-1-

1        (g)    Trial: February 2, 2009

2.    <u>Discovery</u>

Discovery will be conducted pursuant to the Federal Rules of Civil Procedure (the "Rules") except as follows:

        (a)    The parties are limited to no more than three depositions each;

        (b)    Interrogatories may be propounded pursuant to the Rules with a limit of 25 interrogatories per party;

        (c)    Requests for Production of Documents may be propounded pursuant to the Rules and must be narrowly tailored; and

        (d)    Request for Admissions may be propounded pursuant to the Rules with a limit of 5 requests per party.

3.    <u>Settlement and ADR</u>

The parties agreed to participate in court sponsored mediation. The Court will submit this matter to the Court's mediation program.

IT IS SO ORDERED.

DATED: March ___, 2008

                                                        Ronald M. Whyte
                                                        Judge of the U.S. District Court