# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: March 14, 2008

Case No. C-07-05729-RMW          JUDGE: Ronald M. Whyte

**JOSE LUIS ZURITA**          -V- **MATERIAL IN MOTION, INC., et al.**
Title

A. Wang                                    T. Cross via Telephone
**Attorneys Present**                      **Attorneys Present**

**COURT CLERK: Jackie Garcia**             **COURT REPORTER: Not Reported**

## PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Jury Trial set for 2/2/09 @ 1:30 pm; Pretrial Conference set for 1/22/09 @ 2:00 pm; Joint Pretrial Statement due 1/16/09; Hearing on Dispositive Motions set for 12/19/08 @ 9:00 am; Discovery cutoff 9/5/08; Expert Discovery cutoff 12/5/08; Disclosure of Experts by 10/3/08. Discovery Limits: Depositions - 3 each; Interrogatories - 25 per side; Request for Admissions - 5 per side; Document Request - no limit but narrowly tailored. The parties are to have a settlement conference with the assigned magistrate prior to the pretrial conference. Defendant to prepare order following the conference.