# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Zurita,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Material In Motion, Inc.,<br><br>               Defendant(s). | 07-05729 RMW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

      The court notifies the parties and counsel that the Mediator assigned to this case is:

              **Eric A. Grover**
              Keller Grover LLP
              425 Second St., Suite 500
              San Francisco, CA 94107
              415-543-1305

      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 20, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05729 RMW MED                - 2 -