1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Tel:  (408) 421-3403
   Fax:  (408) 416-0248
4
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOSE LUIS ZURITA, | Case No. C07-5729 RMW |
|---|---|
| Plaintiff, | |
| vs. | VOLUNTARY DISMISS WITH PREJUDICE |
| MATERIAL IN MOTION, INC, TED SALAH and DOES 1-10 | |
| Defendants | |

Pursuant to Fed. R. Civ. Pro. 41, Plaintiff Jose Zurita hereby dismisses all claims alleged in this case with prejudice against Defendants Material in Motion Inc., and Ted Salah.

Dated: July 1, 2008                    By: /s/ ADAM WANG
                                           Attorney for Plaintiff

                                    1          **Case No.**   C07-5729 RMW

**VOLUNTARY DISMISSAL WITH PREJUDICE**
**Zurita v. Material in Motion Inc., et al.**